**ORIGINAL**

AGARD & KAIAMA, LLC
Keoni K. Agard        #2649
Dexter K. Kaiama     #4249
Harbor Tower at Harbor Square
700 Richards Street, Suite 805
Honolulu, Hawai'i 96813
Telephone: 545-2922

Attorneys for Plaintiffs
Linda Molina fka Linda Pacheco,
John Aniu and Davelyn Aniu



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 15 2010
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

for the

DISTRICT OF HAWAI'I

| | |
|---|---|
| Linda Molina fka Linda Pacheco, John Aniu and Davelyn Aniu,<br><br>Plaintiffs,<br><br>vs.<br><br>ONEWEST BANK, FSB; HOME LOAN CENTER, INC., DBA LENDINGTREE LOANS; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 20, inclusive,<br><br>Defendants. | **CIVIL NO. CV 10 00018 DAE/BMK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) 62 of the Federal Rules of Civil Procedure, Plaintiffs Linda Molina fka Linda Pacheco, John Aniu and Davelyn Aniu, by and through their undersigned counsel, hereby gives notice that the above-entitled civil action is voluntarily dismissed without

prejudice against Defendants ONE WEST BANK, FSB; HOME LOAN CENTER, INC. DBA LENDINGTREE LOANS; INDYMAC BANK, FSB; MORTGAGE ELECTRONIC SYSTEMS, INC. and DOE Defendants 1 through 20, inclusive.

DATED: Honolulu, Hawaii, July 15, 2010.

_____
Dexter K. Kaiama
Keoni K. Agard
Attorneys for Plaintiffs